

# NUMBER 13-25-00537-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GENIE DELIA CAVAZOS,                                          Appellant,

v.

SECRETARY OF US DEPARTMENT
OF VETERANS AFFAIRS, AN
OFFICER OF THE UNITED STATES,                                 Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 9
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This cause is before the Court on its own motion. On October 23, 2025, pro se appellant Genie Delia Cavazos filed her notice of appeal seeking to appeal an alleged trial court order from October 16, 2025.

The Clerk of the Court sent letters to appellant on October 28, 2025, November 5,

2025, November 17, 2025, January 9, 2026, and March 19, 2026, either regarding appellant's failure to pay the proper filing fee or an apparent defect in the notice of appeal. *See* Tex. R. App. P. 25.1(d)(2), 34.6(b)(1), 42.3(c). Despite five notices, appellant has continually failed to comply with the Court's requests by not remitting the filing fee, amending her notice of appeal, or curing the apparent defect; as of today appellant has not responded to the clerk's notices. Pro se litigants are held to the same standards as licensed attorneys, and they must therefore comply with all applicable rules of procedure. *Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 184–85 (Tex. 1978).

The Court, having reviewed the appellate record, is of the opinion that appellant has failed to diligently prosecute her appeal. Therefore, in the interest of justice, we hereby dismiss the appeal for want of prosecution and for failure to comply with notices from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b), (c), 43.2(f). Accordingly, appellee's pending motion to dismiss appeal is denied as moot.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
9th day of April, 2026.

2